**IN THE UNITED STATES DISTRIC COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MITCHELL WINE**                                                        **PLAINTIFF**

**v.**                                   **NO. 4:26-CV-00051-KGB**

**U.S. DEPARTMENT OF**
**THE INTERIOR,** *et al.*,                                           **DEFENDANTS**

---

**DEFENDANTS' MOTION TO STRIKE**
**OR IN THE ALTERNATIVE STAY PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGEMENT**

---

COME NOW Defendants, the State of Arkansas, Sarah Sanders, Tim Griffin, Dexter Payne, John Crisman, Chris Walton, Brian Clary, Jay Shue, Jill Kamps, Latonya Honorable, Butch Hale, Brent Houston, Charles Yeargan, Wayne Gruber, Kathryn Irby, Will Jones, Richard Madison and Jana Pinkston, by and through their attorneys, Attorney General Tim Griffin and Senior Assistant Attorney General Andrew Middlebrooks, and for their Motion to Dismiss state:

1.      Mitchell Wine moved for partial summary judgement against State Defendants Judge Brent Houston and Richard Madison. Doc. No. 23.

2.      Wine's motion violates local rules 7.2 and 56.1.

3.      Wine's motion is premature and should be stricken or the response to it should be stayed until the Court has ruled on the motions to dismiss and allowed the parties to engage in discovery.

4.      A brief in support of Defendants' Motion to Strike is being filed with this motion and is incorporated by reference.

5.      Defendants reserve the right to plead further in the event this motion is denied and respond to Wine's partial motion for summary judgment.

**WHEREFORE**, Defendants State Defendants respectfully request that this Court strike Wine's Motion for Partial Summary Judgement and stay Defendants' response to Wine's Motion for Partial Summary Judgement until this Court sets a dispositive motion deadline that allows the Court to rule on the pending motions to dismiss and the parties to participate in discovery. If the Court is not willing to strike Wine's motion or stay Defendants response, they respectfully request an opportunity to respond to the motion.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:      Andrew Middlebrooks
Ark. Bar No. 2017057
Senior Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Ave.
Little Rock, Arkansas 72201
Tel.: (501) 503-4334
Fax: (501) 682-2591
Email andrew.middlebrooks@arkansasag.gov

***Attorneys for Defendants***

2

## <u>CERTIFICATE OF SERVICE</u>

  I, Andrew Middlebrooks, hereby certify that on June 15, 2026, I mailed the foregoing by U.S. Postal Service to the following:

Mitchell Wine
101 Newnata Cutoff
Mountain View, Arkansas 72560

/s/*Andrew Middlebrooks*
Andrew Middlebrooks
